Adam B. Nach – 013622
Helen K. Santilli – 032441
**LANE & NACH, P.C.**
2001 E Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: helen.santilli@lane-nach.com

*Attorneys for Trudy A. Nowak, Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

In re:

THOMAS E. BLACK, III,

Debtor.

(Chapter 7 Case)

No. 4:16-bk-12086-BMW

**TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN BUSINESS ENTITY**

Trudy A. Nowak, Chapter 7 Trustee, herein applies to this Court for an Order approving *Trustee's Motion to Sell Estate's Interest in Business Entity* ("**Motion**"). In support of her Motion, Trustee submits the following Memorandum of Points and Authorities and the entire record of this administrative case.

**MEMORANDUM OF POINTS AND AUTHORITIES**

I. FACTUAL BACKGROUND

1. This case was commenced by a voluntary Petition filed by Thomas E. Black III ("**Debtor**") under Chapter 7 of Title 11 on October 20, 2016 ("**Petition Date**").

2. Trudy A. Nowak is the duly qualified and acting Trustee in this case ("**Trustee**").

3. On Schedule A/B, Debtor disclosed a 100% interest in Plants of Distinction, Inc. ("**Plants of Distinction**"), an Arizona corporation.

4. Upon information and belief, Plants of Distinction has continuously operated since the Petition Date and continues to operate.

5. Trustee conducted an examination of Debtor pursuant to Fed.R.Bankr.P. 2004, wherein Debtor subsequently produced financial statements, balance sheets, including assets, liability, and equity information for Plants of Distinction for the years 2016 through 2018.

6. Trustee also conducted a UCC Lien Search on the Arizona Secretary of State website for any recorded/perfected liens against personal property of the Debtor, and the search did not disclose any recorded liens or encumbrances against Debtor's scheduled interest in Plants of Distinction.

7. The Trustee proposes to offer the Estate's interest in Plants of Distinction for sale to the person making the highest and best bid at public sale on Friday, **June 28, 2019,** at **8:30 a.m.**, at the Office of the United States Trustee, 230 North First Avenue, First Floor, Suite 102, Phoenix, Arizona (hereinafter referred to as "**Sale**"). Any payment shall be in the form of a check naming as payee "**Trudy A. Nowak, Trustee**".

8. The Debtor ("**Buyer**") has offered to purchase the Estate's interest in Plants of Distinction for the sum of $3,000.00, subject to better and higher offers, and subject to Trustee and Bankruptcy Court approval.

9. Prospective purchasers are encouraged to personally inspect/perform their own due diligence of the property being sold, as the property will be sold on an "AS IS" "WHERE IS" basis, with no warranties, guarantees express or implied, and subject to all liens, claims, interests, and encumbrances.

10. All sales are subject to sales tax unless the property being sold is tax-exempt or a resale number is used as proof of exemption.

11. Any prospective party interested in bidding on this Property may appear in-person on the date and time of the proposed Sale. **To bid by telephone call 1 (310) 372-7549 wait for prompt – ACCESS CODE # 831482 then press #**.

12. Buyer is the Debtor, is not an insider, is a good faith purchaser, and is entitled to the benefits provided by 11 U.S.C. § 363(m).

13. Trustee is not aware of any other entities holding an interest in the Business Entity Interest being sold.

14. There has been no stay relief sought as to the Debtor's scheduled interest in Plants of Distinction.

15. The Trustee is not aware of any recent appraisals on the Debtor's scheduled interest in Plants of Distinction.

16. There are no broker's fees/compensation related to this Sale.

17. Upon the later of the Court approving the sale of the Motion, completion of the proposed Sale, and receipt of full payment of the purchase price, Trustee shall execute a Bill of Sale transferring the Estate's interest in Plants of Distinction to the prevailing bidder subject to the terms set forth herein and an Order entered by the Court approving the terms of the sale.

**18. The Trustee will distribute financial statements, title reports, and other information in her possession to any interested buyer that signs a non-disclosure agreement.**

B. **LEGAL AUTHORITY.**

19. This Court has jurisdiction over Debtor's Chapter 7 case under 28 U.S.C. § 1334. Proceedings with respect to the Motion are core proceedings that the Court may hear and decide. *See* 28 U.S.C. § 157(b)(1) and (b)(2)(A), (M), (N), and (O). Moreover, venue is appropriate pursuant to 28 U.S.C. § 1408(1).

20. Property of the Estate includes "all legal or equitable interests of the debtor in property as of the commencement of the case." *See* 11 U.S.C. § 541(a). The concept of property of the estate is broad in scope, encompassing all kinds of property, including tangible and intangible property, causes of action, real and personal property, certain property held by the debtor in trust for others, and certain property of the debtor held by others. *See U.S. v. Whiting Pools*, 462 U.S. 198, n.9 (1983). As detailed above, in his Schedules of Assets and Liabilities, Debtor discloses a 0.9259% interest in Ten-Twenty University, LLC, and the interest is not otherwise exempt. Therefore, the Property is property of the Estate that can be liquidated for the benefit of the creditors of this Estate.

21. 11 U.S.C. § 363(b)(1) provides that "[t]he [T]rustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate, …."

22. A trustee must demonstrate a sound business justification for a sale or use of assets outside the ordinary course of business. *E.g., In re Continental Air Lines, Inc.*, 780 F.2d

3

1223, 1226 (5th Cir. 1986). Courts look to various factors to determine whether to approve a motion under section 363(b), such as: (i) whether a sound business reason exists for the proposed transaction; (ii) whether fair and reasonable consideration is provided; (iii) whether the transaction has been proposed and negotiated in good faith; and (iv) whether adequate and reasonable notice is provided. *In re Condere*, 228 B.R. 615, 626 (S.D. Miss. 1998).

23. The Trustee believes that a sound business justification exists for the sale of Plants of Distinction, where the proposed Sale will generate funds for the benefit of the creditors of this Estate and is in the best interest for all creditors and parties-in-interest.

24. The Trustee respectfully requests that the Court, in the discretion provided to it under Fed.R.Bankr.P. 6004(h), waive the fourteen-day stay of the Order arising under that same Bankruptcy Rule.

WHEREFORE, the Trustee prays for an Order of this Court as follows:

    A.    Granting Trustee's Motion to Sell Estate's Interest in Plants of Distinction "as is" / "where is" with no warranties express or implied, subject to any liens, claims, interests, and encumbrances to Buyer or anyone submitting a higher and better offer;

    B.    Authorizing the Trustee to accept the proceeds from the sale of the Estate's interest in Plants of Distinction;

    C.    Authorizing the Trustee to execute all additional documents and perform other such acts as may be necessary or reasonably requested to facilitate and complete the transaction;

    D.    Determining that Buyer is a good faith buyer pursuant to 11 U.S.C. § 363(m);

    E.    Waiving the 14-day stay of Fed.R.Bank.P. Rule 6004(h); and,

    F.    For such other and further relief as this Court deems just and proper.

4

RESPECTFULLY SUBMITTED this 30th day of May, 2019.

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach - 013622*
Adam B. Nach
Helen K. Santilli
*Attorneys for Trustee*

**CERTIFICATE OF MAILING**

**A COPY** of the foregoing delivered via first class mail to:

Thomas E. Black III
9835 E. Morning Star Drive
Tucson, AZ 85749
Debtor

Plants of Distinction
c/o Thomas E. Black III
6930 E. Tanque Verde Road
Tucson, AZ

**WITH A COPY** of the foregoing delivered via email to:

Eric Slocum Sparks
Eric Slocum Sparks PC
3505 N. Campbell Ave., #501
Tucson, AZ 85719
Email: law@ericslocumsparkspc.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Jennifer.A.Giaimo@usdoj.gov

By: */s/ Terie Flowers Turner*